**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | * | **CIVIL ACTION** |
|    **Plaintiff** | * | **NUMBER:** 20-0054 |
|    **v.** | * | **JUDGE** |
| **0.023 ACRES of LAND, MORE or LESS, SITUATED in PARISH of PLAQUEMINES STATE of LOUISIANA, and ESTATE of RUSSELL MILLER, ET AL** | * * | **MAGISTRATE** **TRACT NO. 306E-1** |
|    **Defendants** | * | |
| | *    *    * | |

## COMPLAINT IN CONDEMNATION

**1.**  This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

**2.**  The uses for which the property is to be taken and the authority for the taking are set forth in Schedule "A" annexed hereto and made a part hereof.

**3.**  The property to be taken, the estates to be taken and the names and addresses of the persons having or claiming an interest in said property are described in Schedules "B", "C", "D" and "E" annexed hereto and made a part hereof.

**4.**  Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

**WHEREFORE**, Plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

>Respectfully submitted,
>
>PETER G. STRASSER
>UNITED STATES ATTORNEY
>
>*/s/ Glenn K. Schreiber*
>GLENN K. SCHREIBER
>Assistant United States Attorney
>U.S. Attorney's Office (E.D. La.)
>650 Poydras Street, Suite 1600
>New Orleans, Louisiana 70130
>Telephone: (504) 680-3093
>Fax: (504) 680-3174
>glenn.schreiber@usdoj.gov