## SCHEDULE A

### Tract No. 306E-1

**AUTHORITY FOR THE TAKING:**

The authority for the taking of the interest in land is under and in accordance with 40 U.S.C. §§ 3113 and 3114; 33 U.S.C. §§ 591 and 594; and 33 U.S.C. § 701n, which authorizes the repair and rehabilitation of any flood control work threatened or destroyed by flood; Section 203 of the Flood Control Act of 1962, Title II, Flood Control, Lower Mississippi River Basin, Pub. L. No. 87-874, previously named the "Mississippi River Delta At and Below New Orleans, Louisiana," as amended which authorizes the New Orleans to Venice Hurricane Protection Project; and Chapter 3 of Title I of Division B of the Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Pub. L. No. 109-148, 119 Stat. 2680, 2762-2763, which Act made funds available for such purposes.

**PUBLIC USES:**

The public uses for which said interest in land is taken are as follows:

Said interest in land is necessary for the construction, repair, and rehabilitation of the New Orleans to Venice Hurricane Protection Project, Westbank River Levee, Plaquemines Parish, Louisiana, and for such other use as may be authorized by Congress or by Executive Order.

## SCHEDULE B

### Tract No. 306E-1

**DESCRIPTION:**

A TRACT OF LAND, together with any and all buildings, improvements and appurtenances thereon, located in Section 51, Township 20 South, Range 29 East, Plaquemines Parish, Louisiana, and being a portion of a right of way to be acquired to accommodate construction of the New Orleans to Venice Hurricane Protection Project, being more particularly described as follows:

For a POINT OF REFERENCE (P.O.R.), commence at the U. S. Corps of Engineers Buras Levee District baseline monument at Station 902+59.52, having coordinate values of x=3844637.4641 and y=319946.9723, thence run South 67 degrees, 04 minutes, 43 seconds East along said Buras Levee District baseline a distance of 281.69 feet to a point, thence run South 32 degrees, 44 minutes, 41 seconds West a distance of 124.15 feet to the POINT OF BEGINNING (P.O.B. 1), having coordinate values of x=3844829.3572 and y=319732.2268.

From the POINT OF BEGINNING, run South 32 degrees, 44 minutes, 41 seconds West, a distance of 17.97 feet; thence run North 67 degrees, 04 minutes, 43 seconds West, a distance of 71.03 feet; thence run North 32 degrees, 44 minutes, 41 seconds East, a distance of 11.86 feet; thence run South 71 degrees, 15 minutes, 39 seconds East, a distance of 72.14 feet to the point of beginning.

The above described tract contains 0.023 acres, more or less.

The above Tract being the same property acquired by Russell Miller and Tralice Trump Miller from Nicolas A. Ivankovich by Act of Sale dated March 31, 1967, which is registered in COB 310, folio 790 in the records of Plaquemines Parish, Louisiana.

## SCHEDULE C

### Tract No. 306E-1

**EASEMENT:**

A perpetual and assignable right and easement in **Tract No. 306E-1** to construct, maintain, repair, operate, patrol and replace a flood protection levee, including all appurtenances thereto; reserving, however, to the owners, their heirs and assigns, all such rights and privileges in the land as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.  The gross sum estimated as just compensation also includes compensation for the now expired temporary work easement identified in Schedule D (which easement was used pursuant to the commandeering order and irrevocable rights of entry issued by Plaquemines Parish on July 6, 2006.)

## SCHEDULE D

## Tract No. 306E-1



## SCHEDULE E

### Tract No. 306E-1

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Russell Miller
*aka* Russel Miller
Address Unknown

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Tralice Trump Miller
Address Unknown

Tony Miller
Address Unknown

Susan Spurlin
706 Southeast Street
Abbeville, Louisiana 70510

| | |
|---|---|
| Divine Elevation, LLC<br>c/o Okechukwu Okafor<br>1020 Orange Blossom, Apt. D<br>Harvey, Louisiana 70058 | Tax Purchaser<br>Tax Deed 2006 #1359200<br>June 30, 2007 |
| TAD Enterprises, L.L.C.<br>c/o Dana T. Durr<br>9596 Highway 23<br>Belle Chasse, Louisiana 70037 | Tax Purchaser<br>Tax Deed 2007 #1359200<br>June 30, 2008 |
| DLT Investments, LLC<br>c/o Dana T. Durr<br>123 Lazy Oak Drive<br>Belle Chasse, Louisiana 70037 | Tax Purchaser<br>Tax Deed 2010 #1620436<br>July 6, 2011 |
| Unknown Owners | |
| Plaquemines Parish Government<br>William Nungesser, Parish President<br>8056 Highway 23, Suite 200<br>Belle Chasse, Louisiana 70037 | Commandeering Authority |
| Sheriff & Ex-Officio Tax Collector<br>Parish of Plaquemines<br>302 Main Street<br>Belle Chasse, Louisiana 70037 | Taxing Authority |